UNITED STATES BANKRUTPCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: LESLIE DENISE BAUER ) CHAPTER 13
)
)
DEBTOR(S) ) CASE NO. . R10-42931MGD
)
) JUDGE DIEHL

AMENDMENT TO SCHEDULE F

COMES NOW the Debtor(s) in the above-styled bankruptcy action and files this amendment to the original Debtor(s) Petition, filed on July 27, 2010 and shows the Court the following:

Schedule F, Creditors holding Unsecured Claims, heretofore filed in this proceeding is hereby amended by adding the following unsecured creditors:

| CREDITOR | DESCRIPTON | AMOUNT |
|---|---|---|
| AES<br>P.O. Box 2461<br>Harrisburg, PA 17105 | Notice Only | $00.00 |
| AMENDED TOTAL TO SCHEDULE F<br>AMENDED TOTAL OF LIABILITIES | | $ 00.00<br>$62,628.00 |

This 14th day of October, 2010.

/s/ Jeffrey B. Kelly
JEFFREY B. KELLY
LAW OFFICE OF JEFFREY B. KELLY, P.C.
ATTORNEY FOR DEBTOR(S)
GEORGIA BAR NO. 412798

107 East 5th Ave.
Rome, Ga. 30161
(706) 413-3837 (Phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Amendment to Debtor's Plan on the following by U. S. Mail, in a properly stamped and addressed envelope.

Chapter 13 Trustee
Mary Ida Townson
Suite 2700, 100 Peachtree Street, NW
Atlanta, Ga. 30303

Leslie D. Bauer
1314 Oak Dr.
Leesville, LA 71446

This 14th day of October, 2010.


____/s/Jeffrey B. Kelly____
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, Ga. 30161
Phone: (706) 413-3837
Fax: (706) 413-1365
lawoffice@kellycanhelp.com

## AFFIDAVIT

The undersigned hereby declares under penalty of perjury, that the statements made in the foregoing are true and correct to the best of his/her information, knowledge and belief.

This 14th day of October, 2010.


_/s/Leslie D. Bauer_
DEBTOR

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Leslie Denise Bauer**, Debtor

Case No. **10-42931**
Chapter **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 10,965.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,200.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 54,428.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,486.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,234.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 10,965.00 | | |
| Total Liabilities | | | | 62,628.00 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   Leslie Denise Bauer                              Case No.   10-42931
                          Debtor
                                                         Chapter    13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,486.00 |
| Average Expenses (from Schedule J, Line 18) | 1,234.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20). | 1,486.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 54,428.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 54,428.00 |

AMENDED MATRIX   R10-42931MGD
October 14, 2010

AES
P.O. Box 2461
Harrisburg, PA 17105